United States District Court
Southern District of Texas
**ENTERED**
February 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD ALAN HAASE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-3473 |
| | § | |
| BRADY ELLIOTT, FORT BEND COUNTY, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM, RECOMMENDATION & ORDER

Having reviewed the Magistrate Judge's Memorandum, Recommendation & Order and Plaintiff's Objection thereto, the court is of the opinion that the Memorandum, Recommendation & Order should be adopted by this court.

The Memorandum, Recommendation & Order is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, on this 17th day of February, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE